# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1989
LT Case No. 2006-CF-006338-A

_____

BRYANT R. PAYNE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.853 Appeal from the Circuit Court for Duval County.
Lindsay Tygart, Judge.

Bryant R. Payne, Bonifay, pro se.

No Appearance for Appellee.

September 19, 2023

PER CURIAM.

AFFIRMED.

HARRIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____